VENICE D'AMBROSIO, Plaintiff, v. H. G. MUNGER & Co., INC., Defendant.— Appeal dismissed, without costs upon stipulation.

■

PATRICK D'AMBROSIO, Plaintiff, v. H. G. MUNGER & Co., INC., Defendant.— Appeal dismissed, without costs upon stipulation.

■

RONALD D'AMBROSIO, an Infant, by PATRICK D'AMBROSIO, His Guardian ad Litem, Plaintiff, v. H. G. MUNGER & Co., INC., Defendant.— Appeal dismissed, without costs upon stipulation.

■

EUGENE TUSZYNSKI et al., Appellants, v. STEPHEN S. LACHMAN, Respondent. — Appeal dismissed, without costs upon stipulation.

■

In the Matter of VIVIAN L. FARRANTI against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York.— Appeal dismissed, without costs upon stipulation.

■

DORA BRUNET, Plaintiff, v. HUGH C. STUART, Defendant. ALBERT J. BRUNET, Plaintiff, v. HUGH C. STUART, Defendant.— Appeals dismissed, without costs upon stipulation.

■

In the Matter of the Accounting of DORA A. BRIGGS et al., as Administrators of the Estate of MARY A. WILLIAMS, Deceased.— Appeal dismissed, without costs upon stipulation.